FILED

2019 APR 24  PM 3:40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

JESUS AMADOR, JR.

CASE NO. 2:19-cr-63-FtM-99MRM

26 U.S.C. §§ 5841, 5861(d), and 5871
18 U.S.C. §§ 922(l), 924(a)(1)(C), and 2

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about August 1, 2018, in the Middle District of Florida, the defendant,

**JESUS AMADOR, JR.,**

knowingly possessed a firearm as defined in 26 U.S.C. § 5845(a), to wit: a silencer of unknown manufacturer and unknown serial number, not registered to him in the National Firearms Registration and Transfer Record,

In violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## COUNT TWO

On or about July 18, 2018, in the Middle District of Florida, the defendant,

**JESUS AMADOR, JR.,**

knowingly and without authorization by the Attorney General as provided in 18 U.S.C. § 925(d), imported and brought into the United States, and caused to be

imported and brought into the United States, a firearm, that is, a Colt M16 A1 lower receiver, and a Heckler & Koch 416 lower receiver;

In violation of 18 U.S.C. §§ 922(l), 924(a)(1)(C), and 2.

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c).

2. The allegations contained in Count Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 49 U.S.C. § 80303, 26 U.S.C. § 5872, and 28 U.S.C. § 2461.

3. Upon conviction of a violation of 18 U.S.C. § 922(l), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all proceeds of the offense, and, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. Upon conviction of a violation of 26 U.S.C. § 5861(d), the defendant shall forfeit to the United States, pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872, and 28 U.S.C. § 2461, all firearms and ammunition involved in or used in the violation.

5. The property to be forfeited includes, but is not limited to, the following: (a) one silencer of unknown make, model, and serial number, (b) one

Colt M16A1 machinegun lower receiver (serial number 9326686), and (c) one HK 416 machine gun lower receiver with serial number 88-069400.

6. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Charles D. Schmitz
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

3

FORM OBD-34
April 19

No. 2:19-cr-

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JESUS AMADOR, JR.

## INDICTMENT

Violations:
26 U.S.C. §§ 5841, 5861(d), and 5871
18 U.S.C. §§ 922(l), 924(a)(1)(C), and 2

A true bill,

*/s/ Kara Hunt*
Foreperson

Filed in open court this 24th day
of April, 2019.

_____ Clerk

Bail $ _____

GPO 863 525